

**FILED**

AUG 3 1 2017

Deputy Clerk, U.S. District Court
Middle District of Louisiana
Baton Rouge, La.

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

### INDICTMENT FOR FALSE CLAIM TO UNITED STATES CITIZENSHIP

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 17- 118-JWD-EWD |
| *versus* | : | |
| | : | 18 U.S.C. § 1015(e) |
| WILLIAM GORDON HILDRETH | : | |

**THE GRAND JURY CHARGES:**

On or about December 28, 2015, in the Middle District of Louisiana, **WILLIAM GORDON HILDRETH**, defendant herein, a citizen of New Zealand and therefore an alien in the United States, did knowingly make a false statement with the intent to unlawfully gain employment in the United States by claiming on a U.S. Citizenship and Immigration Services Employment Eligibility Verification Form I-9 that he was a citizen of the United States.

The above is a violation of Title 18, United States Code, Section 1015(e).

UNITED STATES OF AMERICA, by

**A TRUE BILL**

**REDACTED
PER PRIVACY ACT**

_____
COREY R. AMUNDSON
ACTING UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

_____
GRAND JURY FOREPERSON

_____
PAUL L. PUGLIESE
ASSISTANT U. S. ATTORNEY

_____31-Aug-2017_____
DATE

P. Pugliese, USPO
USM - Certified

**Criminal Cover Sheet**          **U.S. District Court**

**Place of Offense:**                          **Matter to be sealed:**   ☐No   ☒   Yes

City          Baton Rouge, Louisiana          **Related Case Information:**

County/Parish    East Baton Rouge Parish       Superseding Indictment _____    Docket Number _____
                                                Same Defendant _____        New Defendant  ☒
                                                Magistrate Case Number _____
                                                Search Warrant Case No. _____
                                                R 20/ R 40 from District of _____
                                                **Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name:     WILLIAM GORDON HILDRETH

**U.S. Attorney Information:**

AUSA:    Paul L. Pugliese          Bar #:    FLBN 717370

**Interpreter:**  ☒ No   ☐ Yes     **List language and/or dialect:** _____

**Location Status:**

Arrest Date    _____
_____    Already in Federal Custody
_____    Already in State Custody
_____    On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:      1

| **Index Key/Code** | **Description of Offense Charged** | **Count(s)** | **Petty/ Misdemeanor/ Felony** |
|---|---|---|---|
| 18:1015(e) | False claim to United States citizenship | 1 | Felony |

Date:  8/31/17          Signature of AUSA: _[signature]_____

**District Court Case Number (To be filled in by deputy clerk):** _____